```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 20614
    SHARON L MURPHY PINNOCK
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-3512


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/05/2007 and was confirmed 02/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERISTAR FINANCIAL      SECURED VEHIC    15276.00         651.11         1664.63
COOK COUNTY TREASURER    SECURED NOT I       80.00            .00           80.00
SELECT PORTFOLIO SERVICI CURRENT MORTG        .00             .00             .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE   15000.00             .00             .00
VILLAGE OF MAYWOOD       SECURED          1000.00             .00          133.36
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00             .00
PREMIER BANKCARD         UNSECURED          202.98            .00             .00
HSBC/RS                  UNSECURED       NOT FILED            .00             .00
LIME FINANCIAL SERVICE   UNSECURED       NOT FILED            .00             .00
LITTON LOAN SERVICING    UNSECURED       NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~   UNSECURED       NOT FILED            .00             .00
AT&T                     UNSECURED       NOT FILED            .00             .00
NICOR GAS                UNSECURED       NOT FILED            .00             .00
PROVIDENT CFS            UNSECURED       NOT FILED            .00             .00
RESIDENTIAL CREDIT SLT   UNSECURED       NOT FILED            .00             .00
VILLAGE OF FOREST PARK   UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS         UNSECURED          305.99            .00             .00
WASHINGTON MUTUAL/PROVID UNSECURED       NOT FILED            .00             .00
MARSHALL & IISLEY TRUST  SECURED NOT I        .00             .00             .00
ER SOLUTIONS INC         UNSECURED          665.74            .00             .00
WASHINGTON MUTUAL        UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE CORP    UNSECURED           25.00            .00             .00
WASHINGTON MUTUAL        UNSECURED       NOT FILED            .00             .00
GLENDA J GRAY            DEBTOR ATTY     2,902.00                         2,055.63
TOM VAUGHN               TRUSTEE                                            396.56
DEBTOR REFUND            REFUND                                               .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,981.29

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20614 SHARON L MURPHY PINNOCK
```

```
PRIORITY                                                              .00
SECURED                                                          1,877.99
     INTEREST                                                      651.11
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,055.63
TRUSTEE COMPENSATION                                               396.56
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                         4,981.29           4,981.29
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/25/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 20614 SHARON L MURPHY PINNOCK